STATE OF NEW JERSEY v. RUSSELL J. MABSON.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL GRAHAM.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JULES THOMPSON.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL STARLING.

March 11, 1986.

Petition for certification denied. (See 207 *N.J.Super.* 79)